**SEALED**



1  McGREGOR W. SCOTT
   United States Attorney
2  JEFFREY A. SPIVAK
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile:  (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

8              IN THE UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10

11 | IN THE MATTER OF THE SEARCH OF        | CASE NO.
   |                                       |
12 | An Apple iPhone 6, IMEI: 359230060910999, | 1:19 SW 00026 SKO
   |                                       |
   |                                       | [PROPOSED] ORDER RE: REQUEST TO SEAL
13 | CURRENTLY STORED AT FBI FRESNO        | DOCUMENTS
   | RESIDENT AGENCY 7815 N PALM,          |
14 | FRESNO, CA 93711                      | **UNDER SEAL**

15

16                      **SEALING ORDER**

17     Upon application of the United States of America and good cause having been shown,

18     IT IS HEREBY ORDERED that the search warrant and search warrant affidavit underlying the

19 search warrant in the above-entitled proceeding shall be filed under seal and shall not be disclosed to

20 any person, unless otherwise ordered by this Court.

21

22   Dated:  January 25, 2019          _____
                                       Hon. Sheila K. Oberto
23                                     U.S. MAGISTRATE JUDGE

24

25

26

27

28

SEALING ORDER